**UNITED STATES DISTRICT COURT**                     JS-6

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE FERNANDEZ, ET AL, | Case No.  2:17-cv-06104-MWF-JC |
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive, | |
| Defendant. | |
| | Consolidated with Case No.: 2:17-cv-06120-GW-RAO |
| JOSHUA B. BOSWELL, ET. AL., | |
| Plaintiffs, | |
| v. | (Assigned To Hon. Michael W. Fitzgerald) |
| BANK OF AMERICA CORPORATION, ET. AL.; | |
| Defendant. | |

## **ORDER**

THE COURT, having reviewed the Parties Joint Stipulation of Dismissal with Prejudice and for good cause showing orders as follows:

/ / /

/ / /

IT IS HEREBY ORDERED that all this action shall be dismissed with prejudice with each Party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 13 day of  January  2020.

BY _____

HONORABLE JUDE MICHAEL W.
FITZGERALD UNITED STATES
DISTRICT COURT JUDGE